UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CONERLY, et al., | No.  2:20-cv-01833 JAM AC |
| Plaintiffs, | |
| v. | ORDER |
| JOHN PATRICK WINN, et al., | |
| Defendants. | |

Plaintiffs were proceeding in this matter pro se, and accordingly this motion is referred to the undersigned pursuant to Local Rule 302(c)(21).  On October 22, 2020, after this case was closed, plaintiffs filed a Motion for Default Judgment.  ECF No. 16.  This case was closed on October 15, 2020, when the district judge adopted the magistrate judge's Findings and Recommendations and dismissed the action for lack of subject matter jurisdiction.  ECF Nos. 13, 14.  Plaintiff is advised that documents filed since the closing date will be disregarded and no orders will issue in response to future filings.  Plaintiffs' motion at ECF No. 16 will, accordingly, not be considered.

IT IS SO ORDERED.

DATED: October 26, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE